UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Farmers Insurance Exchange, as Subrogee of Dustin Cornelius,** | § § § § | |
| **Plaintiff,** | § | |
| VS. | § | CIVIL ACTION NO. H-05-3445 |
| | § | |
| **Wal-Mart Stores, Inc.,** | § § | |
| **Defendant.** | § § | |

## MEMORANDUM AND ORDER

Pending before the Court is Defendant's motion to designate a responsible third party. That motion, Docket No. 6, is hereby **DENIED WITHOUT PREJUDICE TO REFILING**. If Defendant wishes to refile the motion, it should confer with Plaintiff as to whether Plaintiff opposes the motion, and should include with the motion a certificate of conference.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 15th day of November, 2005.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.