UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Farmers Insurance Exchange,** § | |
| **as subrogee of** § | |
| **Dustin Cornelius,** § | |
| § | |
| **Plaintiff,** § | |
| VS. § | **CIVIL ACTION NO. H-05-3445** |
| § | |
| **Wal-Mart Stores, Inc.,** § | |
| § | |
| **Defendant.** § | |

## MEMORANDUM AND ORDER

Pending before the Court is Defendant's amended motion for leave to designate a responsible third party. The motion, Docket No. 9, is unopposed by Plaintiff.[1] It is therefore **GRANTED**, and Manufacturer Doe, the unknown manufacturer of the allegedly defective lamp that is claimed to have caused Plaintiff's damages, is hereby **DESIGNATED** as a responsible third party, pursuant to TEX. CIV. PRAC. & REM. C. § 33.004.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 8th day of December, 2005.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.**

---

[1] The parties are reminded that the Local Rules of this Court require that unopposed motions be designated as such in their captions and that all motions, opposed and unopposed, be accompanied by proposed orders.